No. 582, Misc. HOLLIS *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 592, Misc. WILLIAMSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Howard R. Lonergan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 593, Misc. SPEARS *v.* HUMBLE OIL & REFINING Co. C. A. 5th Cir. Certiorari denied.

No. 596, Misc. VAN SLYKE *v.* WALLACK, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 599, Misc. JOHNSON *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 606, Misc. PRINCELER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Sutherland G. Taylor* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 612, Misc. PEDEN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 613, Misc. MULLEN ET AL. *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioners *pro se. Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for respondent.